# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0913.  HOUSING AUTHORITY OF SAVANNAH v. ALICIA LOUDER.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling in that court, defendant Alicia Louder appealed to the state court, which denied plaintiff Housing Authority of Savannah's request for a writ of possession.  The plaintiff then appealed directly to this Court.  We lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  The plaintiff's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  01/20/2017*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*